Case: 30CO1:20-cv-21106-MW    Document #: 1    Filed: 08/21/2020    Page 1 of 3

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts
Form AOC/01 (Revised 1/1/2001)

**Court Identification Docket Number**
County #: 30 | Judicial Court ID District (CH, CI, CO): CO

**Case Year:** 2020

**Docket Number:** 21106

Month/Date/Year: 08 21 20

This area to be completed by clerk

IN THE **COUNTY** COURT OF **JACKSON** COUNTY

**Short Style of Case:** Christine Bernard v. DG Logistics, LLC; and John & Jane Does A; B; C; and D
**Party Filing Initial Pleading: Type/Print Name** CORBAN GUNN    **MS Bar No.** 101752
___ Check (✓) if Not an Attorney    ___ Check (✓) if Pro Hac Vice    Signature ___
**Compensatory Damages Sought:** $ 100,000    **Punitive Damages Sought:** $ ___
**Is Child Support contemplated as an Issue In this suit?** ___ Yes ___ No    *If "yes" is checked, please submit a completed Child Support Information Sheet with Final Decree/Judgment*

PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM

Individual  **Last Name:** Bernard    **First Name:** Christine    Maiden Name, if Applicable: ___    Middle Init.: ___    Jr/Sr/III/IV: ___
**Address of Plaintiff:** 2333 Grain Elevator Rd, Lucedale, MS
___ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
   Estate of ___
___ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
   D/B/A / Agency ___
Business ___
*Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated*
___ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
   D/B/A: ___

DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM

Individual  **Last Name:** ___    **First Name:** ___    Maiden Name, if Applicable: ___    Middle Init.: ___    Jr/Sr/III/IV: ___
___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
   Estate of ___
___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
   D/B/A / Agency ___
**Business:** DG Logistics, LLC
___ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
   D/B/A: ___
**ATTORNEY FOR THIS DEFENDANT:** ___    Bar No.: ___    or Name: ___    Pro Hac Vice (✓) ___
(if known)

*In left hand column, check one (1) box that best describes the nature of this suit. In right hand column check all boxes which indicate secondary claims.*

**Business/Commercial**
- Accounting (Business)
- Bankruptcy
- Business Dissolution - Corporation
- Business Dissolution - Partnership
- Debt Collection
- Employment
- Examination of Debtor
- Execution
- Foreign Judgment
- Garnishment
- Pension
- Receivership
- Replevin
- Stockholder Suit
- Other ___

**Domestic Relations**
- Child Custody/Visitation
- Child Support
- Contempt
- Divorce: Fault
- Divorce: Irreconcilable Differences
- Domestic Abuse
- Emancipation
- Modification
- Paternity
- Property Division
- Separate Maintenance
- Termination of Parental Rights
- UIFSA (formerly URESA)
- Other ___

**Contract**
- Breach of Contract
- Installment Contract
- Insurance
- Product Liability under Contract
- Specific Performance
- Other ___

**Probate**
- Accounting (Probate)
- Birth Certificate Correction
- Commitment
- Conservatorship
- Guardianship
- Heirship
- Intestate Estate
- Minor's Settlement
- Muniment of Title
- Name Change
- Power of Attorney
- Testate Estate
- Will Contest
- Other ___

**Statutes/Rules**
- Bond Validation
- Civil Forfeiture
- Declaratory Judgment
- ERISA
- Eminent Domain
- Extraordinary Writ
- Federal Statutes
- Injunction or Restraining Order
- Municipal Annexation
- Racketeering (RICO)
- Railroad
- Seaman
- Other ___

**Appeals**
- Administrative Agency
- County Court
- Hardship Petition (Driver License)
- Justice Court
- MS Employmt Security Comm'n
- Municipal Court
- Oil & Gas Board
- Workers' Compensation
- Other ___

**Children and Minors - Non-Domestic**
- Adoption - Noncontested
- Consent to Abortion for Minor
- Removal of Minority
- Other ___

**Torts-Personal Injury**
- Bad Faith
- Fraud
- Loss of Consortium
- Malpractice - Legal
- Malpractice - Medical
- Negligence - General
- ✓ Negligence - Motor Vehicle
- Products Liability
- Wrongful Death
- Other ___

**Mass Tort**
- Asbestos
- Chemical Spill
- Dioxin
- Hand/Arm Vibration
- Hearing Loss
- Radioactive Materials
- Other ___

**Real Property**
- Adverse Possession
- Ejectment
- Eminent Domain
- Judicial Foreclosure
- Lien Assertion
- Partition
- Receiver Appointment
- Tax Sale: Confirmation/Cancellation
- Title, Boundary &/or Easement
- Other ___

**Civil Rights**
- Elections
- Habeas Corpus
- Post Conviction Relief
- Prisoner
- Other ___

EXHIBIT "A"

Case: 30CO1:20-cv-21106-MW   Document #: 1   Filed: 08/21/2020   Page 2 of 3

CORBAN GUNN, PLLC
Attorney At Law
P.O. Box 1466, Biloxi, MS 39533
Tel: (228) 284-6805
Fax: (228) 284-6806
corban@corbangunn.com
www.corbangunn.com





AUG 21 2020
RANDY CARNEY, CLERK
BY_____D.C.

August 20, 2020

Randy Carney
County Court, Jackson County

RE:   Christine Bernard v. DG Logistics, LLC

Dear Sir:

Enclosed herewith, please find the following:

1. Filing Fee
2. Complaint
3. Summons
4. Copy for our file
5. Return Envelope

Please file in your traditional manner and return a filed copy to us in the envelope provided. Thank you for your assistance in this matter.

Very truly yours,

Brandi McCrory, Paralegal

/bm
Enclosures

EXHIBIT "A"



EXHIBIT "A"

IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

CHRISTINE BERNARD                                                      PLAINTIFF

VERSUS                                          CAUSE NO.: CO-2020-21106

DG LOGISTICS, LLC; AND
JOHN AND JANE DOES A; B; C; AND D                                      DEFENDANTS

FILED
AUG 21 2020
RANDY CARNEY, CLERK
BY_____D.C.

## COMPLAINT

### (JURY DEMAND REQUESTED)

COMES NOW, the Plaintiff, by and through undersigned counsel, and files this her Complaint against Defendants DG Logistics, LLC and John and Jane Does A-D for negligence and other causes of action, and in support thereof would show the Court as follows, to-wit:

### PARTIES

1. Plaintiff Christine Bernard is an adult resident citizen of Jackson County, Mississippi.

2. Defendant DG Logistics, LLC is a foreign limited liability corporation doing interstate commerce in the State of Mississippi as an interstate motor carrier with USDOT Number 852587 and MCS-90 certificate. Defendant committed a tort in the State of Mississippi. Defendant may be served with process on its registered agent for service of process Corporation Service Company located at 2908 Poston Ave., Nashville, TN 37203-1312 in the time and manner prescribed by law.

3. Defendants John and Jane Does A-D are individuals, corporations, or other entities that caused or contributed to cause the injuries and damages to the Plaintiff, but whose identities are presently unknown to the Plaintiff. Plaintiff will amend her Complaint at a future date to properly identify John and Jane Doe Defendants, if any, once their liability(ies) are learned and their liability ascertained.

### JURISDICTION AND VENUE

4. This Court has proper in personam and subject matter jurisdiction. This Court is the proper venue for this action.

## FACTS AND CAUSES OF ACTION

5. At all material times herein mentioned throughout this Complaint, the negligence of the agents, servants, representations, and employees, including Marco Lamar Malone, of Defendants, and each of them, is imputed to Defendants for which they are jointly and severally liable. Further, at all times relevant hereto, Defendants' agents, employees, servants, and representatives were acting within the course and scope of their employment and/or with and for Defendants and as such Defendants, and each of them, are jointly and severally liable.

6. On or about December 27, 2019, Plaintiff was operating her vehicle northbound on Telephone Road / MS Hwy 613 in the right-hand lane in Jackson County, Mississippi. Plaintiff was properly operating her vehicle.

7. At the same time, Defendant's commercial vehicle, operated by its employee Marco Lamar Malone, was attempting to back into the Dollar General parking lot located at 1603 Telephone Road. Defendant's commercial vehicle suddenly and without warning pulled forward striking Plaintiff's vehicle. The actions of Defendant's employee in operating its commercial vehicle was negligent. As a result of the subject collision, Plaintiff suffered injuries and damages.

8. Plaintiff charges that Defendants, and each of them, were negligent, and that said negligence caused or proximately contributed to cause the subject car collision and the personal injuries and property damaged suffered by Plaintiff.

9. Plaintiff alleges that Defendants were negligent in one or more of the following respects which caused or proximately contributed to the subject car collision and Plaintiff's injuries and damages: (1) In negligently failing to control the movement and momentum of the commercial

EXHIBIT "A"

vehicle; (2) In negligently operating the commercial vehicle with reckless disregard for other vehicles and persons utilizing the road; (3) In negligently failing to keep a proper lookout; (4) In negligently failing to follow the rules of the road; (5) In negligently striking the side of Plaintiff's vehicle.

## DAMAGES

10. But for Defendants' negligence and other causes of action described in each of the preceding paragraphs, Plaintiff would not have suffered the injuries and damages complained herein. The negligent conduct of Defendants, individually and collectively, discussed herein above, were the proximate and contributing cause of the injuries and damages suffered by Plaintiff.

11. As a direct and proximate result of the negligence of Defendants, individually and collectively, as set forth above, Plaintiff has sustained and suffered numerous injuries and damages. Plaintiff received medical treatment for her injuries sustained in connection with the subject car collision and has incurred reasonable and necessary medical expenses. In addition to medical expenses incurred, Plaintiff has endured and will continue to endure much pain and suffering, as well as emotional and mental anguish.

12. Plaintiff sustained and suffered numerous injuries and damages, including but not limited to (a) Serious injuries; (b) Pain and Suffering; (c) Medical treatment and expenses; (d) Emotional and mental anguish; (e) Property damage to her vehicle; (f) Consequential expenses; and (g) Loss of enjoyment of life.

13. As a direct and proximate result of Defendants' negligence as set forth in each of the preceding paragraphs, Plaintiff is entitled to and demands from Defendants, jointly and severally, the following damages: (a) Any and all damages set forth in the preceding paragraphs; (b) Actual damages; (c) Compensatory damages; (d) Pre-judgment and post-judgment interest in an amount

allowed by law, but not less than 8% per annum; (e) Attorney's fees; (f) Court costs and expenses in litigation; and (g) Any and all additional damages allowed by this Honorable Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Complaint be received and filed, and that Defendants be summoned to answer her Complaint and further that upon a trial by jury in this cause, judgment be entered against Defendants, jointly and severally, for any and all actual and compensatory damages to which Plaintiff is entitled. Plaintiff further prays that she be rewarded pre-judgment and post-judgment interest in an amount allowed by law, but not less than 8% per annum; attorney's fees; court costs and expenses in litigation; and such other general relief to which she may be entitled.

Respectfully submitted, this the 19th day of August, 2020.

CHRISTINE BERNARD, Plaintiff

By: _____
CORBAN GUNN, (MSB #101752)

Corban Gunn, (MSB #101752)
CORBAN GUNN, PLLC
P.O. Box 1466
Biloxi, Mississippi 39533
Telephone: (228) 284-6805
Facsimile: (228) 284-6806
corban@corbangunn.com

4

EXHIBIT "A"



## IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

**CHRISTINE BERNARD**                                              **PLAINTIFF**

**VERSUS**

CAUSE NO.: CO-2020-21,106

**DG LOGISTICS, LLC; AND**
**JOHN AND JANE DOES A; B; AND C**                                **DEFENDANTS**

### SUMMONS

**THE STATE OF MISSISSIPPI**

**TO:**   Corporation Service Company
         c/o DG Logistics, LLC
         2908 Poston Avenue
         Nashville, TN 37203

### NOTICE TO DEFENDANT(S)

**THE COMPLAINT ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to **CORBAN GUNN, PLLC**, the attorney for the Plaintiff whose post office address is **P. O. Box 1466, Biloxi, MS 39533**, and whose street address is 175 Lameuse St., Suite C, Biloxi, MS 39530. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 25 day of August, 2020.

Randy Carney
COUNTY CLERK OF
JACKSON COUNTY, MISSISSIPPI

BY: Amanda\_\_\_\_ D.C.

EXHIBIT "A"

Case 1:20-cv-00308-HSO-JCG   Document 1-1   Filed 10/01/20   Page 9 of 13

Case: 30CO1:20-cv-21106-MW   Document #: 4   Filed: 09/03/2020   Page 1 of 3
Case: 30CO1:20-cv-21106-MW   Document #: 3   Filed: 08/21/2020   Page 1 of 1

COPY

## IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

**CHRISTINE BERNARD**                                    **PLAINTIFF**

**VERSUS**

CAUSE NO.: CO-2020-21,106

**DG LOGISTICS, LLC; AND**
**JOHN AND JANE DOES A; B; AND C**                       **DEFENDANTS**

### SUMMONS

**THE STATE OF MISSISSIPPI**

TO:  Corporation Service Company
     c/o DG Logistics, LLC
     2908 Poston Avenue
     Nashville, TN 37203

### NOTICE TO DEFENDANT(S)

**THE COMPLAINT ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to **CORBAN GUNN, PLLC**, the attorney for the Plaintiff whose post office address is **P. O. Box 1466, Biloxi, MS 39533**, and whose street address is 175 Lameuse St., Suite C, Biloxi, MS 39530. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 25 day of August, 2020.

Randy Carney
COUNTY CLERK OF
JACKSON COUNTY, MISSISSIPPI

BY: _____ D.C.

EXHIBIT "A"

EXHIBIT "A"

Case: 30CO1:20-cv-21106-MW    Document #: 4    Filed: 09/03/2020    Page 3 of 3

**Recipient:** CORPORATION SERVICE COMPANY

**Case:** 30CO1:20-cv-21106-MW

**Plaintiff:** CHRISTINE BERNARD

**Defendant:** DG LOGISTICS, LLC; AND JOHN AND JANE DOES A; B; AND C

**Court:** COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

**County:** JACKSON

**Documents:** 2020)08_25 - ISSUED SUMMONS TO DG LOGISTICS, 2020_08_25 - FILED COMPLAINT

View attempt uploads

## Shared with you by:

James Grady
Legal Process of Tennessee
contact@legalprocessoftennessee.com
615-755-7178

EXHIBIT "A"

Case 1:20-cv-00308-HSO-JCG   Document 1-1   Filed 10/01/20   Page 12 of 13

Case: 30CO1:20-cv-21106-MW   Document #: 5   Filed: 09/30/2020   Page 1 of 2
Case: 30CO1:20-cv-21106-MW   Document #: 3   Filed: 08/21/2020   Page 1 of 1

COPY

## IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

**CHRISTINE BERNARD**                       **PLAINTIFF**

**VERSUS**

CAUSE NO.: CO-2020-21,106

**DG LOGISTICS, LLC; AND**
**JOHN AND JANE DOES A; B; AND C**       **DEFENDANTS**

### SUMMONS

**THE STATE OF MISSISSIPPI**

TO:    Corporation Service Company
       c/o DG Logistics, LLC
       2908 Poston Avenue
       Nashville, TN 37203

### NOTICE TO DEFENDANT(S)

**THE COMPLAINT ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to **CORBAN GUNN, PLLC**, the attorney for the Plaintiff whose post office address is **P.O. Box 1466, Biloxi, MS 39533**, and whose street address is 175 Lameuse St., Suite C, Biloxi, MS 39530. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 25 day of August, 2020.

Randy Carney
COUNTY CLERK OF
JACKSON COUNTY, MISSISSIPPI

BY: _____ D.C.

EXHIBIT "A"

## AFFIDAVIT OF SERVICE

| Case:<br>30CO1:20-cv-21106-MW | Court:<br>COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI | County:<br>JACKSON, MS | Job:<br>4822635 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>CHRISTINE BERNARD | | Defendant / Respondent:<br>DG LOGISTICS, LLC; AND JOHN AND JANE DOES A; B; AND C | |
| Received by:<br>Legal Process of Tennessee | | For:<br>CORBAN GUNN, PLLC | |
| To be served upon:<br>CORPORATION SERVICE COMPANY | | | |

I, James Grady, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** CORPORATION SERVICE COMPANY, COMPANY: 2908 POSTON AVE, NASHVILLE, TN 37203-1312
**Manner of Service:** Registered Agent, Sep 2, 2020, 3:52 pm CDT
**Documents:** 2020)08_25 - ISSUED SUMMONS TO DG LOGISTICS (Received Aug 27, 2020 at 9:07am CDT), 2020_08_25 - FILED COMPLAINT (Received Aug 27, 2020 at 9:07am CDT)

**Additional Comments:**
1) Successful Attempt: Sep 2, 2020, 3:52 pm CDT at COMPANY: 2908 POSTON AVE, NASHVILLE, TN 37203-1312 received by CORPORATION SERVICE COMPANY. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 155; Height: 5'6"; Hair: Gray;
The registered agent named Cathy Jones met me outside due to the covid-19 and accepted legal documents.

_____   09/02/2020
James Grady                 Date

Legal Process of Tennessee
NASHVILLE, TN
615-755-7178

EXHIBIT "A"